NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**T-JAT SYSTEMS 2006 LTD.,**
*Plaintiff-Appellant*

**v.**

**EXPEDIA GROUP, INC., ORBITZ WORLDWIDE, INC.,**
*Defendants-Appellees*

_____

2020-1010

_____

Appeal from the United States District Court for the District of Delaware in No. 1:16-cv-00581-RGA, Judge Richard G. Andrews.

_____

## JUDGMENT

_____

GUY YONAY, Pearl Cohen Zedek Latzer Baratz LLP, New York, NY, argued for plaintiff-appellant.  Also represented by DANIEL JOSEPH MELMAN.

THEODORE J. ANGELIS, K&L Gates LLP, Seattle, WA, argued for defendants-appellees.  Also represented by NICHOLAS F. LENNING, ELIZABETH WEISKOPF.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, LINN, and MOORE, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 8, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court